**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____Alexandria_____ Division

In re   Truland Service Corporation

Debtor(s)

Case No.   14-12773-BFK

Chapter   7

# ORDER OF DESIGNATION

An order for relief under Title 11 U.S.C., Chapter  7   having been entered on the petition filed in this case on _____July 23, 2014_____; it is, therefore

**ORDERED** that   Robert W. Truland, Chairman   is designated by the Court to perform the duties imposed upon the debtor by the Bankruptcy Code. This designation shall remain in effect during the entire pendency of this case until altered by order of this Court; and it is further

**ORDERED** that the Clerk mail a copy of this order to the designee, the attorney for the debtor, the trustee, and the United States Trustee.

Date:  Jul 25 2014

/s/ Brian F. Kenney
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET
 July 25, 2014

[ver. 12/03]